UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PHILLIP LEX BAKER** | **CIVIL ACTION** |
| **VERSUS** | **NO: 13-6447** |
| **SOCIAL SECURITY ADMINISTRATION** | **SECTION: "F"** |

### ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the ALJ's decision denying Phillip Lex Baker's Disability Insurance Benefits and Supplemental Security Income Benefits is **AFFIRMED**.

New Orleans, Louisiana, this __26th__ day of February 2015.

_____
**UNITED STATES DISTRICT JUDGE**